**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| BRIAN SUGHRIM, individually and on behalf of all others similarly situated; DAVID FELICIANO, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE OF NEW YORK; NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION; ANTHONY J. ANNUCCI, Acting Commissioner (in his official capacity); JOHN A. SHIPLEY, Director of Labor Relations (in his personal and official capacities); NA-KIA WALTON, Assistant Director of Labor Relations/ADA Coordinator (in her personal and official capacities); LEROY FIELDS, Superintendent for Security Services of Fishkill Correctional Facility (in his personal and official capacities); STEPHEN URBANSKI, Deputy Superintendent for Security Services of Fishkill Correctional Facility (in his personal and official capacities); JAMES JOHNSON, Deputy Superintendent for Administrative Service of Fishkill Correctional Facility (in his personal and official capacities); ALAN WASHER, Corrections Captain (in his personal and official capacities),<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 1:19-CV-07977-RA |

## <u>MOTION TO APPEAR PRO HAC VICE</u>

   Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, William R. Lunsford of Maynard, Cooper & Gale, P.C. hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the STATE OF NEW YORK, NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI (the "Commissioner"), JOHN A. SHIPLEY, NA-KIA WALTON, LEROY FIELDS, STEPHEN URBANSKI, JAMES JOHNSON, and ALAN WASHER, (collectively, the "COMMISSIONER AND STATE DEFENDANTS") in the above-captioned action.

I am in good standing of the bars of the states of Alabama and Missouri, and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached the affidavit pursuant to Local Rule 1.3.

Attached to this Motion are Certificates of Good Standing issued within the last 30 days from the Supreme Court of Alabama and the Supreme Court of Missouri.

Dated: November 21, 2019.

Respectfully submitted,

/s/ *William R. Lunsford*

William R. Lunsford, #ASB-4265-L72L
MAYNARD COOPER GALE
655 Gallatin Street
Huntsville, AL 35801
Tel: 256.551.0171
blunsford@maynardcooper.com

*One of the Attorneys for the Commissioner and State Defendants.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, by the Court's CM/ECF system and/or U.S. Mail on this 21st day of November, 2019:

Colin R. Reeves
Joshua Samuel Moskovitz
BERNSTEIN, CLARKE & MOSKOVITZ, PLLC
11 Park Place, Suite 914
New York City, NY 10007
reeves@bcmlaw.com
moskovitz@bcmlaw.com

*Attorneys for Brian Sughrim and David Feliciano*

/s/ *William R. Lunsford*
Of Counsel