**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRIAN SUGHRIM, individually and on behalf of all others similarly situated; DAVID FELICIANO, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF NEW YORK; NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION; ANTHONY J. ANNUCCI, Acting Commissioner (in his official capacity); JOHN A. SHIPLEY, Director of Labor Relations (in his personal and official capacities); NA-KIA WALTON, Assistant Director of Labor Relations/ADA Coordinator (in her personal and official capacities); LEROY FIELDS, Superintendent for Security Services of Fishkill Correctional Facility (in his personal and official capacities); STEPHEN URBANSKI, Deputy Superintendent for Security Services of Fishkill Correctional Facility (in his personal and official capacities); JAMES JOHNSON, Deputy Superintendent for Administrative Service of Fishkill Correctional Facility (in his personal and official capacities); ALAN WASHER, Corrections Captain (in his personal and official capacities), <br><br> Defendants. | CASE NO. 1:19-CV-07977-RA |

### AFFIDAVIT OF WILLIAM R. LUNSFORD
### IN SUPPORT OF CORRECTED MOTION TO APPEAR PRO HAC VICE

STATE OF ALABAMA          )
                                               )
COUNTY OF MADISON     )

Before me, the undersigned Notary Public, personally appeared WILLIAM R. LUNSFORD, Esq., who, after being duly sworn, states as follows:

1.      I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States courts and/or states' highest courts:

| Court | Date of Admission |
|---|---|
| Supreme Court of Alabama | 2000 |
| U.S. District Court – Northern District of Alabama | 2005 |
| U.S. District Court – Middle District of Alabama | 2005 |
| U.S. District Court – Southern District of Alabama | 2007 |
| U.S. District Court – Western District of Missouri | 2017 |
| Supreme Court of Missouri | 2019 |

2.      I have never been convicted of a felony. I have never been censured, disbarred denied admission or readmission, or suspended from practice before any court, department, bureau or commission of any state or the United States. There are no disciplinary proceedings against me from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3.      Attached to this Motion are Certificates of Good Standing issued within the last 30 days from the Supreme Court of Alabama and the Supreme Court of Missouri.

4.      I have reviewed and will abide by the Local Rules of this Court.

_____
William R. Lunsford

**SWORN TO and SUBSCRIBED** before this the 21st day of November, 2019.

_____
Notary Public
My Commission Expires: My Commission Expires 07/19/2020

(SEAL)

2