

William R. Lunsford
DIRECT 256.512.5710
EMAIL  blunsford@maynardcooper.com

December 1, 2019

**VIA ELECTRONIC CASE FILING**
Hon. Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
Courtroom 1506
40 Foley Square
New York, New York 10007

      Re:    **Brian Sughrim, *et al.* v. State of New York, *et al.*, In the United States District Court for the Southern District of New York, Case No. 19-CV-7977.**

Dear Judge Abrams:

    Defendants State of New York, New York Department of Corrections and Community Supervision, Anthony Annucci, John Shipley, Na-Kia Walton, Leroy Fields, Stephen Urbanski, James Johnson and Alan Washer (collectively, the "State") request a teleconference hearing with the Court on Monday, December 2, 2019, or at the Court's earliest convenience, regarding the December 6, 2019, hearing on Plaintiffs' motion for a temporary restraining order and preliminary injunction (doc. nos. 42, 43). If possible, the State requests that the teleconference be held prior to 1 p.m. EST because undersigned counsel is scheduled to board a flight at approximately 1 p.m. EST.

    Among other things, the State seeks clarification regarding whether the Court intends to receive evidence at the December 6 hearing, and, if so, whether the hearing will continue on consecutive days until all of the evidence is received. The State requests this clarification in order to coordinate the schedules of any witnesses who may be called to testify at the December 6 hearing.

                      Sincerely,

                      */s/ William R. Lunsford*
                      William R. Lunsford

WRL:dk

CC: All counsel via CM/ECF