**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------- X

BRIAN SUGHRIM, individually and on behalf of all others
similarly situated; DAVID FELICIANO, individually and on
behalf of all others similarly situated;

                                                        Plaintiffs,

         v.

STATE OF NEW YORK; NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY
SUPERVISION; ANTHONY J. ANNUCCI, Acting
Commissioner (in his official capacity); JOHN A. SHIPLEY,
Director of Labor Relations (in his personal and official
capacities); NA-KIA WALTON, Assistant Director of Labor
Relations/ADA Coordinator (in her personal and official
capacities); LEROY FIELDS, Superintendent, Fishkill
Correctional Facility (in his personal and official capacities);
STEPHEN URBANSKI, Deputy Superintendent for Security
Services, Fishkill Correctional Facility (in his personal and
official capacities); J. JOHNSON, Deputy Superintendent for
Administrative Services, Fishkill Correctional Facility (in her
personal and official capacities),

                                                        Defendants.

-------------------------------------------------------------------------- X

No. 19-cv-07977 (RA)

[PROPOSED]
ORDER TO
SHOW CAUSE

         Upon the annexed declaration of Brian Sughrim, dated November 26, 2019; the declaration

of David Feliciano, dated November 26, 2019; the declaration of Derek Gleixner, dated

November 26, 2019; the declaration of Roland Sofo, dated November 27, 2019; the declaration of

Khaldoun Alshamiri, dated November 27, 2019; the declaration of Joshua S. Moskovitz, dated

November 26, 2019; the exhibits attached to those declarations; Plaintiff's supporting

memorandum of law; and upon all the papers filed and proceedings had herein, it is hereby

         ORDERED that Defendants show cause before Hon. Ronnie Abrams in Courtroom 1506,

United States Courthouse, 40 Foley Square, New York, New York 10007, on

*December 6*, 2019, at *3 : 30* a.m./p.m., or as soon thereafter as counsel may be

heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining and restraining Defendants and each of them, pending the final determination of this action, from taking any adverse action against Plaintiffs and any other DOCCS Correctional Officer because they wear a beard or requested an accommodation to wear a beard for religious reasons, and granting such other and further relief as may be just and proper; and it is further

ORDERED that pending the hearing and determination of this motion, Defendants are restrained, enjoined, and stayed from taking any adverse action against Plaintiffs and any other DOCCS Correctional Officer because they wear a beard or requested an accommodation to wear a beard for religious reasons; and it is further

ORDERED that electronic service of a copy of this Order together with the papers on which it is granted, upon Defendants' counsel of record on or before _December 3_____, 2019, shall be good and sufficient service upon defendants; and it is further

ORDERED that at least ~~ten (10)~~ _three (3)_ days before the return date of this Motion, Plaintiffs must serve upon attorneys for Defendants any additional supporting papers; at least ~~five (5)~~ _one (1)_ days before the return date of this Motion, Defendants must serve any answering papers upon attorneys for Plaintiffs; and no later than the return date of this motion, Plaintiff shall serve upon attorneys for Defendants any reply papers.

Dated: New York, New York
November _27_, 2019

ENTER:

_by Victor Marrero U.S.D.J_

_Part I_

Ronnie Abrams, U.S.D.J.

2