UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN SUGHRIM, et al.,

                Plaintiffs,

v.

STATE OF NEW YORK, et al.,

                Defendants.

No. 19-CV-7977 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court will hold a hearing on December 6, 2019 at 3:30 PM in Courtroom 14D at 500 Pearl Street on the validity and scope of the provision of the November 27, 2019 Order stating that, "pending the hearing and determination of this motion, Defendants are restrained, enjoined, and stayed from taking any adverse action against Plaintiffs and any other DOCCS Correctional Officer because they wear a bear or requested an accommodation to wear a beard for religious reasons." Dkt. 56. Plaintiffs shall file a response to Defendants' motion to dissolve the temporary restraining order by 5 P.M. on December 5, 2019.

SO ORDERED.

Dated:    December 4, 2019
              New York, New York

Ronnie Abrams
United States District Judge