USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/6/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN SUGHRIM, et al.,

        Plaintiffs,

v.

STATE OF NEW YORK, et al.,

        Defendants.

No. 19-CV-7977 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On the consent of the parties, during the pendency of this action, Defendant New York State Department of Corrections and Community Supervision (NYS DOCCS) and Defendant Annucci, acting in his official capacity, agree not to retaliate against any corrections officer for requesting to wear a beard for religious reasons. In addition, Defendants NYS DOCCS and Annucci agree that pending the Court's ruling on Plaintiffs' motion for a preliminary injunction, any corrections officer may maintain a beard if the officer: 1) has filed a declaration in this action, or 2) has a pending religious accommodation request and is not assigned to a clean shaven post and does not regularly swap with an officer assigned to a clean shaving post. By this agreement, Defendants do not waive any jurisdictional or other arguments.

SO ORDERED.

Dated:   December 6, 2019
        New York, New York

_____
Ronnie Abrams
United States District Judge