UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│ USDC-SDNY                           │
│ DOCUMENT                            │
│ ELECTRONICALLY FILED                │
│ DOC#:                               │
│ DATE FILED: 6/4/2020                │
└─────────────────────────────────────┘
```

BRIAN SUGHRIM, et al.,

                   Plaintiffs,

        v.

STATE OF NEW YORK, et al.,

                  Defendants.

No.   19-CV-7977 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of the fact that the pending motion to dismiss will not be fully briefed until June 19, 2020, oral argument on the motion is hereby adjourned to June 25, 2020 at 2 PM.  The Court will send the parties logistical information about the videoconferencing technology closer to the date of the argument.

SO ORDERED.

Dated:     June 4, 2020
            New York, New York

                                  Ronnie Abrams
                                  United States District Judge