USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/23/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN SUGHRIM, et al.,

                Plaintiffs,

v.

STATE OF NEW YORK, et al.,

                Defendants.

No. 19-CV-7977 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The conference line for oral argument on Defendants' motion to dismiss on June 25, 2020 at 2 PM is (888) 363-4749, and the access code is 1015508. This conference line is open to the public. The Court will email the parties with information on the videoconferencing technology.

SO ORDERED.

Dated:    June 23, 2020
           New York, New York

                                        Ronnie Abrams
                                        United States District Judge