USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Brian Sughrim et al,

                    Plaintiffs,

      -against-

State of New York et al,

                    Defendants.

1:19-cv-07977 (RA) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

The parties shall appear via Telephone for a conference in the above-captioned matter on Wednesday, July 22, 2020, at 11:00 a.m. to address the Letter-Motion at ECF No. 160. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
               July 15, 2020

_____
STEWART D. AARON
United States Magistrate Judge