# THE LAW OFFICE OF
# JOSHUA MOSKOVITZ

The Woolworth Building  
233 Broadway, Suite 2220  
New York, New York 10279

www.moskovitzlaw.com  
Tel. (212) 380-7040  
Fax (888) 398-0032

August 4, 2020

**BY ECF**

Hon. Stewart D. Aaron  
United States Magistrate Judge  
Daniel Patrick Moynihan Courthouse  
500 Pearl Street  
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/6/2020
```

Re:   *Sughrim* et al. *v. State of New York* et al., No. 19-cv-07977 (RA) (SDA)

Your Honor:

I write on behalf of the parties jointly to request an adjournment of the August 5, 2020, deadline set by the Court for the parties to "file additional briefing . . . regarding whether Plaintiffs are entitled to the [names of putative class members] at this stage of the case." Dkt. 169, at 2.

The parties are continuing to confer about this issue, and before submitting further briefing, Plaintiffs want the opportunity to review the records that Defendants will be producing pursuant to the Court's July 22, 2020 Order (Dkt. 169). Those records include "the log or logs maintained by Defendants . . . that identify officers who have requested facial hair accommodations . . . with the names of the officers and any other identifying information redacted," *id.* ¶ 2; and "underlying documentation concerning the officers' accommodation requests" for a sample of twelve officers, *id.* ¶ 3. After Plaintiffs have reviewed those records, the parties will confer further about identifying putative class members at this juncture. The parties propose to provide the Court with a status update no later than August 18, 2020, advising the Court whether the issue has been resolved. If the parties have not resolved the issue, the parties propose that our status update include a date by which the parties submit additional briefing on this issue.

We appreciate the Court's time and attention to this matter.

Respectfully,

Joshua S. Moskovitz

cc:   All Counsel of Record (by ECF)

ENDORSEMENT: Request GRANTED on consent. SO ORDERED.