THE LAW OFFICE OF

# JOSHUA MOSKOVITZ

The Woolworth Building
233 Broadway, Suite 2220
New York, New York 10279

www.moskovitzlaw.com
Tel. (212) 380-7040
Fax (888) 398-0032

August 18, 2020

**BY ECF**

Hon. Stewart D. Aaron
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

ENDORSEMENT: Application GRANTED.
SO ORDERED.
Dated: August 19, 2020

Re:     *Sughrim* et al. *v. State of New York* et al., No. 19-cv-07977 (RA) (SDA)

Your Honor:

I write on behalf of Plaintiffs, with Defendants' consent, pursuant to the Court's August 6, 2020 Order (Dkt. 181) to provide the Court with a status report regarding the parties' efforts to resolve the issue of whether Plaintiffs are entitled to the names of putative class members at this stage of the case. Defendants have provided Plaintiffs with logs of religious and medical accommodation requests (with the officers' names redacted) and Plaintiffs have requested underlying documentation concerning the accommodation requests for twelve officers pursuant to the Court's July 22, 2020 discovery order (Dkt. 169). Plaintiffs need to review these documents and confer with Defendants before we can determine whether the issue of identifying putative class members remains disputed. Accordingly, Plaintiffs propose that no later than September 1, 2020, Plaintiffs will either (a) submit a letter brief on their position concerning identifying putative class members, or (b) provide the Court with a status update about the parties' efforts to resolve this issue.

We appreciate the Court's time and attention to this matter.

Respectfully,

Joshua S. Moskovitz

cc:     All Counsel of Record (by ECF)