THE LAW OFFICE OF
# JOSHUA MOSKOVITZ

The Woolworth Building  
233 Broadway, Suite 2220  
New York, New York 10279

www.moskovitzlaw.com  
Tel. (212) 380-7040  
Fax (888) 398-0032

October 15, 2020

**BY ECF**

Hon. Stewart D. Aaron  
United States Magistrate Judge  
Daniel Patrick Moynihan Courthouse  
500 Pearl Street  
New York, New York 10007-1312

      Re:    *Sughrim* et al. *v. State of New York* et al., No. 19-cv-07977 (RA) (SDA)

Your Honor:

    I write as Plaintiffs' counsel pursuant to the Court's September 25, 2020 Order directing the parties, "no later than one week following the Court's decision on Plaintiffs' application" for additional reasonable accommodation files, to "file a joint letter regarding the status of the remaining dispute with respect to the identification of putative class members" (ECF No. 187). The parties have engaged in good faith efforts to resolve this dispute. Most recently, Plaintiffs proposed to limit the identities that would be provided to those officers whose files Plaintiffs have received or will receive shortly. Defendants indicated they could not agree to release the identities of the officers. Accordingly, the parties have exhausted their efforts to resolve this dispute, and Plaintiffs now seek leave until October 23, 2020 to file their brief as directed by the Court's July 22, 2020 Order (ECF No. 169 ¶ 4). Defendants consent to this request.

                              Respectfully,

                              Joshua S. Moskovitz

cc:    All Counsel of Record (by ECF)