# THE LAW OFFICE OF
# JOSHUA MOSKOVITZ

14 Wall Street, Suite 1603　　　　　　　　　　　　　　　　　　　www.moskovitzlaw.com
New York, New York 10005　　　　　　　　　　　　　　　　　　　　Tel. (212) 380-7040

January 18, 2021

**BY ECF**

Hon. Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
Courtroom 1506
New York, New York 10007

Hon. Stewart D. Aaron
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

> Application granted.  The parties shall file a letter updating the Court on the status of mediation by no later than March 5, 2021.
>
> SO ORDERED.
>
> Hon. Ronnie Abrams
> January 19, 2021

　　　　　　　Re:　　*Sughrim* et al. *v. State of New York* et al., Case No. 19-cv-07977 (RA) (SDA)

Your Honors,

　　As counsel for the plaintiffs, I write with the consent of all parties to advise the Court that the parties have agreed to proceed to mediation.  As a result, we respectfully request that the Court stay all pending deadlines by sixty days.  Having exchanged substantial discovery and completed two depositions – of plaintiff Roland Sofo and defendant Na-Kia Walton – the parties believe that this is an appropriate juncture to attempt mediation.  The parties are in open discussions about the mediation process and we are actively considering private mediation or the Mediation Program of the Southern District of New York.  The parties anticipate reaching an agreement regarding the process next week and will confirm whether they intend to pursue private mediation or seek a referral to the Mediation Program.  If the Court grants our request for a 60-day stay, we propose to provide the Court with a status update on our progress within 45 days, unless the Court directs otherwise.

　　On behalf of all of the parties, we appreciate the Court's attention to this matter.

　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　Joshua S. Moskovitz

cc:　　All Counsel of Record