THE LAW OFFICE OF
# JOSHUA MOSKOVITZ

392 Central Avenue # 7803  
Jersey City, New Jersey 07307  
Tel. (201) 565-0961  
*Not admitted in New Jersey

14 Wall Street, Suite 1603  
New York, New York 10005  
Tel. (212) 380-7040

www.moskovitzlaw.com  
Fax (888) 398-0032

March 5, 2021

**BY ECF**

Hon. Ronnie Abrams  
Thurgood Marshall  
United States Courthouse  
40 Foley Square  
Courtroom 1506  
New York, New York 10007

Re: *Sughrim* et al. *v. State of New York* et al., Case No. 19-cv-07977 (RA) (SDA)

Your Honor,

I write as Plaintiffs' counsel, with the consent of all parties, to ask the Court to extend the current stay of proceedings while the parties move forward with mediation. On January 19, 2021, the Court entered an Order (ECF Doc. 206) granting the parties' request for a 60-day stay of proceedings for mediation. The Order directed the parties to provide a status update on the progress of mediation by March 5, 2021. Since then, the Court granted the parties' joint request for a referral to the Court's Mediation Program (ECF Docs. 208 & 209); the parties conferred and agreed upon a mediator, who was assigned to the Case (ECF docket entry dated Feb. 24, 2021); and the parties jointly spoke with the mediator and scheduled the first mediation for April 9, 2021 (*see* ECF docket entry dated March 2, 2021).

Accordingly, we ask the Court to extend the current stay, *sine die*, with the expectation that we provide the Court with another status update on the progress of mediation by April 30, 2021.

On behalf of all of the parties, we appreciate the Court's attention to this matter.

Sincerely,

Joshua S. Moskovitz

Application granted. This action is hereby stayed *sine die*. No later than April 30, 2021, the parties shall file a letter updating the Court on the status of mediation.

SO ORDERED.

Hon. Ronnie Abrams  
March 8, 2021