# THE LAW OFFICE OF JOSHUA MOSKOVITZ, P.C.

| 392 Central Avenue # 7803 | 14 Wall Street, Suite 1603 | josh@moskovitzlaw.com |
|---|---|---|
| Jersey City, New Jersey 07307 | New York, New York 10005 | Fax (888) 398-0032 |
| Tel. (201) 565-0961 | Tel. (212) 380-7040 | www.moskovitzlaw.com |
| *Admission pending in New Jersey | | |

April 28, 2021

**BY ECF**

Hon. Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
Courtroom 1506
New York, New York 10007

      Re:   *Sughrim* et al. *v. State of New York* et al., Case No. 19-cv-07977 (RA) (SDA)

Your Honor,

      I write on behalf of all parties pursuant to the Court's March 8, 2021 Order (Doc. 211) directing the parties to file a letter updating the Court on the status of mediation. The parties participated in their first mediation session on April 22, 2021, and we have scheduled our next mediation session for May 13, 2021. We are prepared to provide the Court *in camera* any additional information the Court may request given the confidential nature of the mediation proceedings.

Sincerely,

Joshua S. Moskovitz

cc:    All Counsel of Record
         Assigned Mediator

The parties shall file an additional status letter on May 28, 2021.

SO ORDERED.

_____
Hon. Ronnie Abrams
April 29, 2021