

**William R. Lunsford**
DIRECT 256.512.5710
EMAIL   blunsford@maynardcooper.com

May 28, 2021

The parties shall provide an update on the status of this case by no later than July 18, 2021.

**BY ECF**

SO ORDERED.

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
Courtroom 1506
New York, New York 10007

Hon. Ronnie Abrams
June 1, 2021

Re:   **Brian Sughrim,** *et al.* **v. State of New York,** *et al.*, **In the United States District Court for the Southern District of New York, Case No. 19-CV-7977 (RA) (SDA).**

Dear Judge Abrams:

The State submits this letter on behalf of the State and Plaintiffs (the "Parties") in response to the Court's April 29, 2021, Order to file an additional mediation status letter on May 28, 2021. (Doc. No. 213).  Due to a staff member of the State's counsel contracting COVID-19, the Parties were unable to conduct the previously scheduled mediation on May 13, 2021.  Further, quickly rescheduling a group mediation session became difficult based on conflicts with Plaintiffs' counsels' calendars, the mediator's calendar and counsel for the State beginning trial in federal court on May 24, 2021, which counsel for the State anticipates to last several weeks.

After consultation between the Parties and the mediator, the Parties agreed to exchange settlement offers and conduct individual sessions with the mediator.  The Parties exchanged a written settlement offer and response, and are currently setting individual mediation sessions with the mediator.  If necessary, the Parties will conduct another group mediation session before July 18, 2021.

Sincerely,

/s/ William R. Lunsford
William R. Lunsford

cc:  All Counsel of Record (via ECF)