```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/24/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN SUGHRIM, et al.,

                Plaintiffs,

v.

STATE OF NEW YORK, et al.,

                Defendants.

No. 19-cv-7977 (RA) (SDA)

[PROPOSED]
SCHEDULING ORDER

By Order dated April 22, 2022 (Dkt. 236), the Court entered a Scheduling Order setting out deadlines for discovery and a briefing schedule for Plaintiffs' motions for preliminary injunction and class certification.

By letter dated June 23, 2022, Plaintiffs' counsel submitted a joint proposed order modifying the April 22, 2022 Scheduling Order. The Court finds the proposed modified schedule appropriate and hereby enters the following schedule for the next stage of this litigation:

**July 15, 2022:**    Plaintiffs will either supplement their motion for preliminary injunction or file a new motion addressing their claims for injunctive relief, and Plaintiffs will file a motion for class certification.

**August 26, 2022:**    Defendants will file any opposition to Plaintiffs' injunction and class certification motions.

**September 9, 2022:**    Plaintiffs will file any reply papers in support of their injunction and class certification motions.

Within fourteen (14) days following the Court's decision on Plaintiffs' Motion for Class Certification, the Parties shall meet and confer to prepare a proposed scheduling order through the remainder of the case.

1

The Court will schedule an evidentiary hearing on the filed motions as necessary and appropriate.

No further extensions shall be granted absent exigent circumstances.

SO ORDERED.

Dated: June 24, 2022

_____
STEWART D. AARON
United States Magistrate Judge