# BELDOCK LEVINE & HOFFMAN LLP
## 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

CYNTHIA ROLLINGS
JONATHAN MOORE
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MARC A. CANNAN
DAVID B. RANKIN
LUNA DROUBI
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
JEFFREY A. GREENBERG
MARJORY D. FIELDS
EMILY JANE GOODMAN
  (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF:
  842800.02

WRITER'S DIRECT DIAL:
  212-277-5875

August 4, 2022

**VIA ECF**
The Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Application granted.
SO ORDERED.

_____
Hon. Ronnie Abrams
August 5, 2022

Re: *Talukder v. State of New York et al.*, No. 22-cv-01452 (RA)
[rel. *Sughrim* et al. *v. State of New York* et al., No. 19-cv-07977 (RA)(SDA)]

Your Honor:

We submit this letter with Defendants' consent seeking an extension for the opposition and reply, if any, to Defendants' Motion to Dismiss (Dkt. No. 52.) This is the first request for an extension. The parties propose the following:

Plaintiff's Opposition:   September 9, 2022
Defendants' Reply, if any:   September 30, 2022

We thank the Court in advance for its time and attention to this matter.

Respectfully submitted,

Luna Droubi

cc:   All Counsel (via ECF)