UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN SUGHRIM, et al.,<br><br>       Plaintiffs,<br><br>    v.<br><br>STATE OF NEW YORK, et al.,<br><br>       Defendants. | No. 19-cv-7977 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  Oral argument on Plaintiffs' motions for partial summary judgment and class certification shall be held on March 13, 2023 at 1:00 p.m. in Courtroom 1506 of the Thurgood Marshall Courthouse at 40 Foley Square. Given the overlap between the issues in this action and in *Talukder v. State of New York*, No. 22-cv-1452, the Court has scheduled oral argument in both matters for the same time.

SO ORDERED.

Dated:   March 6, 2023
      New York, New York

                     Ronnie Abrams
                     United States District Judge