UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRIAN SUGHRIM, et al.,

                    Plaintiffs,

          v.

STATE OF NEW YORK, et al.,

                    Defendants.

19-CV-7977 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On March 31, 2023, the Court ordered Plaintiffs to provide the Court more clarity on the injunctive relief they are seeking in this matter by April 14, 2023, and directed Defendants to file a response, if any, by April 21, 2023. The Court subsequently granted Plaintiffs a one-week extension of time to file their briefs until April 21, 2023, and Defendants a two-week extension until May 5, 2023. Plaintiffs timely filed their submission on April 21, 2023. To date, Defendants have not filed a response.

Accordingly, Defendants shall file their response, if any, by no later than May 19, 2023. Any submission filed after that date will not be considered absent good cause.

SO ORDERED.

Dated:          May 12, 2023
                New York, New York

_____
Ronnie Abrams
United States District Judge