



**MANAGING PARTNERS**
Phillip C. Hamilton, Esq.
Lance A. Clarke, Esq.

October 20, 2023

**BY ECF**

Hon. Stewart D. Aaron
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

ENDORSEMENT: Application GRANTED.
SO ORDERED.  Dated: October 20, 2023

Re: *Sughrim* et al. *v. State of New York* et al., No. 19-cv-07977 (RA) (SDA)

Your Honor,

    On September 20, 2023, the Court granted the parties' joint request to adjourn the deadline (set in the Court's Order at Dkt. 244) to submit a proposed scheduling order through the remainder of the case (Dkt. 327). The Court extended that deadline until October 20, 2023. The parties now request a second extension of this deadline until October 27, 2023. The reason for this request is that the parties are actively discussing the injunctive relief that should be ordered to implement the Court's permanent injunction, and on October 16, 2023, the Court extended Plaintiffs' deadline until October 27, 2023 to respond to the State's brief about this relief (*see* Dkt. 330). Accordingly, the parties now ask that the Court set the parties' deadline to submit a proposed scheduling order to align with Plaintiff's October 27, 2023 deadline to submit a response to the State's brief about injunctive relief.

    We appreciate the Court's time and attention to this matter.

Sincerely,

Joshua S. Moskovitz

cc: All Counsel of Record