```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Brian Sughrim et al.,

                Plaintiffs,

-against-

State of New York et al.,

                Defendants.

1:19-cv-07977 (RA) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered as follows:

1. No later than November 1, 2024, the parties shall file the anticipated stipulation with respect to injunctive relief.

2. The parties shall abide by the anticipated Order from Magistrate Judge Hummel regarding further settlement discussions and shall, no later than December 6, 2024, file a joint letter regarding the status of such discussions.

**SO ORDERED.**

DATED:    New York, New York
            October 22, 2024

_____
STEWART D. AARON
United States Magistrate Judge