UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN SUGHRIM, *et. al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>STATE OF NEW YORK, *et al.*,<br><br>        Defendants. | CASE NO. 1:19-CV-07977-RA<br><br>~~PROPOSED~~ ORDER |

Upon consideration of the State's unopposed Motion for Continuance, **IT IS HEREBY ORDERED** that the final fairness hearing pursuant to Fed. R. Civ. P. 23(e)(2) be held in Courtroom 1506 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on <u>May 23, 2025, at 1:30 p.m. EST</u>.

Dated: <u>April 28</u>, 2025.

                                                    Ronnie Abrams
                                                  United States District Judge