UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN SUGHRIM, *et al.*,

Plaintiffs,

v.

STATE OF NEW YORK, *et al.*,

Defendants.

19-CV-7977 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Clerk of Court is respectfully ordered to close this case.

SO ORDERED.

Dated: September 8, 2026
New York, New York

Ronnie Abrams
United States District Judge