UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN SUGHRIM, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF NEW YORK, *et al.*,<br><br>Defendants. | 19-CV-7977 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

The Clerk of Court is respectfully ordered to close this case.

SO ORDERED.

Dated: September 8, 2026
New York, New York

Ronnie Abrams
United States District Judge